# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **CLARA SIMIEN** | **CASE NO. 2:25-CV-00568** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WALMART INC** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJDUGED, AND DECREED** that the Motion for Summary Judgment (Doc. 19) filed by Walmart, Inc. is **GRANTED** dismissing the instant lawsuit with prejudice.

**THUS DONE AND SIGNED** in chambers on this 19th day of February, 2026.

_____
**JAME D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**